UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAPHAEL D PERSON JR #97060-020,<br>Petitioner | CIVIL DOCKET NO. 1:21-CV-00557<br>SEC P |
| VERSUS | JUDGE DRELL |
| PRE-FIRST STEP ACT OF 2018<br>FEDERAL CRIMINAL STATUTE,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge (ECF No. 15), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF Nos. 1, 5) is hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 20th day of September 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT